ACCEPTED
06-15-00077-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/17/2015 9:52:03 PM
DEBBIE AUTREY
CLERK

# CAUSE NO. 06-15-00077-CR

### IN THE

### COURT OF APPEALS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/18/2015 9:31:00 AM
DEBBIE AUTREY
Clerk

### SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

**ANTHONY SCOTT ROPER,** Appellant

VS.

**THE STATE OF TEXAS,** Appellee

_____

On appeal from the 276th District Court

Titus County, Texas

Trial Court No. CR 16,480

_____

### APPELLANT'S MOTION FOR LEAVE TO FILE LATE BRIEF

_____

**MAC COBB**
**Texas bar No. 004434300**
**P.O. Box 1134**
**Mt. Pleasant, Texas 75456-1134**
**Telephone:  903.717.8606**
**Fax:          903.717.8613**
**maccobblaw@yahoo.com**

**/S/  MAC COBB**

**_____**

**Mac Cobb, Attorney for**
**Appellant, Anthony Scott Roper**

**TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:**

Comes now Anthony Scott Roper, Appellant, and files this Motion for Leave to File a Late Brief, and for good cause would show the Court:

The Appellant's Brief was due on July 30, 2015.

The Court of Appeals directed that the brief and Motion to Extend Time to File Brief be filed on or before August 17, 2015.

The Appellant's Brief was filed on August 17, 2015.

The Attorney for the Appellant was unable to file the brief by the original due date due to professional and personal obligations which did not allow sufficient time to complete and file the brief, including representing two defendants in capital murder cases in which the State is seeking the death penalty, representing one defendant in a kidnapping/murder case, and a full load of other criminal cases. In addition to the cases referred to, the attorney attended continuing legal education in order to remain qualified to represent death penalty defendants and to remain board certified in criminal law for three days, July 22, 23, and 24, and was on personal vacation out of state for nine days, July 3 through 12.

## PRAYER

The Appellant prays the Court of Appeals to grant an extension of time to file the Appellant's Brief to and including August 17, 2015.

RESPECTFULLY SUBMITTED

**MAC COBB**
**Texas bar No. 004434300**
**P.O. Box 1134**
**Mt. Pleasant, Texas 75456-1134**
**Telephone:  903.717.8606**
**Fax:           903.717.8613**
**maccobblaw@yahoo.com**

**/S/  MAC COBB**

**_____**
**Mac Cobb,**
**Attorney for Anthony Scott Roper,**
**Appellant**

## CERTIFICATE OF SERVICE

I certify that the Attorney for the State of Texas, District Attorney Charles C. Bailey, was served with a copy of this brief by e-mail or by e-filing on this 17th day of August, 2015.                                        /S/  Mac Cobb